**DENY and Opinion Filed December 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-01247-CV

**IN RE ROBERT B. READ, JR., Relator**

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81170-06**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

Relator's November 21, 2022 petition for writ of mandamus asks us to compel Judge Ray Wheless to rule on relator's motion for the production of grand jury transcripts. The motion has been pending in the 366th Judicial District Court of Collin County since May 23, 2022.

We judicially notice that Judge Wheless is the former presiding judge of the 366th District Court and has served as the Presiding Judge of the First Administrative Judicial Region since March 2018.[1] We further judicially notice that

---

[1] An appellate court has the discretion to take judicial notice of adjudicative facts that are matters of public record on its own motion. *See* TEX. R. EVID. 201(b); *In re Estate of Hemsley*, 460 S.W.3d 629, 638 (Tex. App.—El Paso 2014, pet. denied).

Judge Tom Nowak has been the presiding judge of the 366th District Court since 2019. Accordingly, the petition does not identify the correct respondent as required under the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(a), (d)(2). We deny the petition on this ground.

/Bonnie Lee Goldstein/

BONNIE LEE GOLDSTEIN
JUSTICE

221247F.P05